FILED: NEW YORK COUNTY CLERK 12/27/2017 03:37 PM
NYSCEF DOC. NO. 10
INDEX NO. 161430/2017
RECEIVED NYSCEF: 12/27/2017

12/22/2017 Case 9:18-cv-80752-RS   Document 1-16   RE: Fees; ESM - Peter Ginsberg Entered on FLSD Docket 06/11/2018   Page 1 of 3

# RE: Fees; ESM

Peter Ginsberg

Wed 8/23/2017 1:28 PM

To: Elliot Levine <elevine@levsel.com>;

Send me your cell -- if I can I will call you around 8L30 or 9 tonight your time. I will be tied up all day tomorrow and Sunday but may be able to call on Saturday if I don't call tonight. In the meantime, I have been waiting for over one year for Jeff and you to abide by your promise to cover my legal fees going forward from April 2016 as well as the amount then outstanding, and I thereafter incurred the fees (over $300k) itemized for Jeff, Rudy and you in reliance on that promise. You have my wire instructions.

Peter

Peter R. Ginsberg Law, LLC
80 Pine Street
33rd Floor
New York, New York 10005
(646) 374-0029
(646) 335-0202 (telefax)

-----Original Message-----
From: Elliot Levine [mailto:elevine@levsel.com]
Sent: Wednesday, August 23, 2017 1:12 PM
To: Peter Ginsberg <pginsberg@prglaw.com>
Subject: RE: Fees; ESM

When do you want me to call

Elliot H. Levine
Levine & Seltzer LLP
500 Fifth Avenue
New York, N.Y. 10110
(212) 486-5500

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Levine & Seltzer LLP is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

-----Original Message-----
From: Peter Ginsberg [mailto:pginsberg@prglaw.com]
Sent: Wednesday, August 23, 2017 12:54 PM
To: Elliot Levine <elevine@levsel.com>
Subject: Re: Fees; ESM

Am on a plane. I will only be available by email for at least today and perhaps tomorrow. You have my cell number.

Peter R. Ginsberg
Peter R. Ginsberg Law, LLC
80 Pine Street, 33d Floor
New York, New York  10005
(646) 374-0029


> On Aug 23, 2017, at 12:52 PM, Elliot Levine <elevine@levsel.com> wrote:
>
> Call me
>
> Elliot H. Levine
> Levine & Seltzer LLP
> 500 Fifth Avenue
> New York, N.Y. 10110
> (212) 486-5500
>
> The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Levine & Seltzer LLP is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.
>
>
>
> -----Original Message-----
> From: Peter Ginsberg [mailto:pginsberg@prglaw.com]
> Sent: Wednesday, August 23, 2017 12:51 PM
> To: Elliot Levine <elevine@levsel.com>
> Subject: Re: Fees; ESM
>
> I don't think that is accurate.
> And you also have not responded about the fees.
>
> Peter
>
>
> Peter R. Ginsberg
> Peter R. Ginsberg Law, LLC
> 80 Pine Street, 33d Floor
> New York, New York  10005
> (646) 374-0029
>
>
>
>> On Aug 23, 2017, at 12:42 PM, Elliot Levine <elevine@levsel.com> wrote:
>>
>> Peter
>> We should talk to them
>> At some point they should know that the entity Impact sports has no
>> assets as the lender foreclosed on the receivables Please call me
>>
>> Elliot H. Levine
>> Levine & Seltzer LLP

FILED: NEW YORK COUNTY CLERK 12/27/2017 03:37 PM
NYSCEF DOC. NO. 10

INDEX NO. 161430/2017
RECEIVED NYSCEF: 12/27/2017

Case 9:18-cv-80752-RS   Document 1-16   Entered on FLSD Docket 06/11/2018   Page 3 of 3

12/22/2017                          RE: Fees; ESM - Peter Ginsberg

>> 500 Fifth Avenue
>> New York, N.Y. 10110
>> (212) 486-5500
>>
>> The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Levine & Seltzer LLP is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.
>>
>>
>>
>> -----Original Message-----
>> From: Peter Ginsberg [mailto:pginsberg@prglaw.com]
>> Sent: Wednesday, August 23, 2017 9:02 AM
>> To: Elliot Levine <elevine@levsel.com>
>> Cc: Mitch Frankel <mitch@impactse.com>
>> Subject: Fees; ESM
>>
>> Elliot
>>
>> I have not heard back from you about the payment of my fees. I also want you to be aware that Elfus' attorney notified me last night that he intends to file legal action on Monday if he and I don't make progress towards resolution. I am flying to California around noon today and for the most part won't be available again until Saturday. My cell is 917-657-1301.
>>
>> Peter
>>
>>
>> Peter R. Ginsberg
>> Peter R. Ginsberg Law, LLC
>> 80 Pine Street, 33d Floor
>> New York, New York  10005
>> (646) 374-0029
>>