SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ x
                                                             :
PETER R. GINSBERG LAW. LLC,                                  :   Index No.:
                                                             :
                              Plaintiff,                     :   Hon., Justice.
                                                             :
           v.                                                :
                                                             :   ORAL ARGUMENT REQUESTED
J&J SPORTS AGENCY, LLC, JS SPORTS                            :
FUNDING, LLC, JS HOLDINGS LLC, J&J                           :   **ATTORNEY AFFIRMATION**
SPORTS AGENCY INVESTOR LLC, J&J                              :
SPORTS AGENCY MM LLC, JEFF SUTTON                            :
AND ELLIOT LEVINE,                                           :
                                                             :
                              Defendants.                    :
                                                             :
                              Defendant.                     :
                                                             :
                                                             :
------------------------------------------------------------ x

       PETER R. GINSBERG, an attorney duly admitted to practice before the courts of this State, affirms the following to be true under penalty of perjury:

    1.     I am a member of the firm Peter R. Ginsberg Law, LLC.

    2.     I submit this Affirmation in support of the Motion for Summary Judgment in Lieu of Complaint pursuant to CPLR Section 3213.

    3.     Attached hereto as Exhibit A is a November 3, 2016 electronic communication and Memorandum entitled "Financial Arrangement" sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine with a copy to Mitch Frankel.

    4.     Attached hereto as Exhibit B is a May 5, 2017 electronic communication to Rudy Thomas, attaching Exhibit A and invoices of Peter R. Ginsberg Law, LLC showing legal fees incurred from October 2015 through early May 2017 on behalf of Impact Sports and the Defendants.

5. Attached hereto as Exhibit C is a May 10, 2017 electronic communication from Rudy Thomas, representing that Defendants would propose a payment schedule within two weeks to pay the legal fees set forth in Exhibit B.

6. Attached hereto as Exhibit D is a June 2, 2017 electronic communication from Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine confirming that, in October 2017, Levine had informed Ginsberg that the issue of paying the Firm's invoices had been paid and, further, stating: "Relying on the understanding that my legal fees would be paid, and would continue to be paid, I continued representing Impact in a wide variety of matters."

7. Attached hereto as Exhibit E is correspondence dated July 24, 2017, from Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Jeff Sutton summarizing past promises by Defendants to pay the legal invoices of the Firm, and stating in part:

> In reliance upon the assurance that your office would pay for these services, we continued in our capacity as Impact Sports' counsel. As reflected in the invoices I have provided to several people in your office, including Rudy Thomas, Elliot [Levine] and Joseph [Sutton], my Firm incurred additional legal fees from April 2016 through May 31, 2017, in the amount of $356,689.33. Without the reductions noted above [offered contingent upon Defendants' immediate satisfaction of the outstanding fees],the fees would have totaled $675,689.33. Rudy led me to believe that the outstanding amount was to be satisfied over two months ago, but I have not heard from him since that time, despite multiple efforts to follow up with him.

8. Sutton did not challenge or object in any manner to the July 24, 2017 correspondence.

9. Attached hereto as Exhibit F is electronic communication dated August 10, 2017, sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine attaching a copy of Exhibit E and requesting "at least some of the fees to me today or tomorrow morning."

10. Attached hereto as Exhibit G is electronic communication dated August 16, 2017, sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine requesting "the status of my fees."

11. Attached hereto as Exhibit H is electronic communication dated August 23, 2017, sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine, stating in relevant part, "... I have been waiting for over one year for Jeff [Sutton] and you to abide by your promise to cover my legal fees going forward from April 2016 as well as the amount then outstanding and I thereafter incurred fees (over $300k) [discounted based upon a promise of immediate payment] itemized for Jeff, Rudy and you in reliance on that promise. You have my wire instructions."

12. In response to Exhibit H, Levine and Ginsberg had a telephone conversation shortly thereafter. During that conversation, Levine stated:" I know we owe you the money; I know we promised to pay you. We will pay you." Levine also acknowledged, and agreed, that Peter R. Ginsberg Law, LLC would need to protect itself, including by filing a financing statement securing the debt if payment were not made immediately.

13. Attached hereto as Exhibit I is electronic communication dated August 26, 2017, sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine, stating in part: "Regarding my legal fees incurred from April 2016 [to the present], you agreed that the fees are owed from the Sutton entities ...."

14. Levine did not challenge or object in any manner to the August 2, 2017 communication.

15. Attached hereto as Exhibit J is electronic communication dated September 5, 2017, sent by Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Elliot Levine,

3

forwarding "a breakdown of the particular matters in which fees were incurred and the amounts for each."

16. Levine did not challenge or object in any manner to the September 5, 2017 communication.

17. Attached hereto as Exhibit K is correspondence dated December 11, 2017, from Peter R. Ginsberg on behalf of Peter R. Ginsberg Law, LLC to Jeff Sutton, stating, in pertinent part: "Peter R. Ginsberg Law, LLC ... rendered legal services from 2014 through October 2016 [sic] at your office's direction and is currently owed $675,689.33 ...."

18. Sutton subsequently challenged the Firm's authority to file a UCC-1 Financing Statement but did not challenge or object in any manner to the amount of fees due and owing from the Defendants.

19. No previous application has been made to this Court for the relief requested.

Dated: New York, New York
       December 27, 2017

By: _____
    Peter R. Ginsberg
    80 Pine Street, 33rd Floor
    New York, NY 10005
    (646) 374-0030
    pginsberg@prglaw.com

*Attorney for Peter R. Ginsberg Law. LLC*
