UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80752-CIV-SMITH

BRIAN ELFUS,

    Plaintiff,

vs.

IMPACT SPORTS BASKETBALL, LLC, ET AL.,

    Defendants.
_____/

**ORDER OF FINAL DISMISSAL OF DEFENDANT J&J SPORTS AGENCY MM LLC**

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 84] of Defendant J&J Sports Agency MM LLC. Accordingly, it is

ORDERED that:

1. All claims between Plaintiff and Defendant J&J Sports Agency MM LLC are **DISMISSED with prejudice.**

2. Defendant J&J Sports Agency MM LLC is **DISMISSED with prejudice**.

DONE AND ORDERED in Fort Lauderdale, Florida, this 10th day of October, 2019.

                                  RODNEY SMITH
                                  UNITED STATES DISTRICT JUDGE

cc:    All counsel of record