UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80752-CIV-SMITH

JS SPORTS FUNDING LLC &
IMPACT SPORTS BASKETBALL LLC,

    Third-Party Plaintiffs,

vs.

MICHAEL SIEGEL,

    Third-Party Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the jury verdict entered on December 18, 2019, it is hereby

**ORDERED** that judgment is entered in favor of Third-Party Defendant, Michael Siegel, and against Third-Party Plaintiffs, JS Sports Funding LLC and Impact Sports Basketball LLC. Third-Party Plaintiffs' claims against Defendant are dismissed on the merits.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of December, 2019.

                                                    RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All counsel of record